IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DR. LUIS G. GUILLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO: 03-cv-4236-JPG |
| | ) | |
| SOUTHERN ILLINOIS HOSPITAL | ) | |
| SERVICES, D/B/A MEMORIAL | ) | |
| HOSPITAL OF CARBONDALE, A | ) | |
| CORPORATION; GEORGE MARONEY; | ) | |
| WILLIAM M. SHERWOOD; | ) | |
| JOHN DOE; JANE DOE; JOHN SMITH | ) | |
| and JANE SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the petitioner's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Dr. Luis G. Guillen's § 1981 claim based on the alleged violation of the Fourth Amendment, due process and equal protection rights is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Dr. Luis G. Guillen's § 1983 and § 1986 claims are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Dr. Luis G. Guillen's § 1985(3) claim based on the alleged conspiracy to violate his Fourth Amendment, due process and equal protection rights is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the remaining claims in this case are dismissed without prejudice and that plaintiff Dr. Luis G. Guillen shall pay the defendants' costs and fees in the amount of eight thousand, three hundred fifty-two dollars ($8,352).

**NORBERT JAWORSKI**

**Dated: March 29, 2006**    By: **s/ Judith Prock, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**