IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. LUIS GUILLEN, | ) |
|                Plaintiff, | ) |
| v. | ) NO. 03-cv-4236-JPG |
| SOUTHERN ILLINOIS HOSPITAL SERVICES, D/B/A MEMORIAL HOSPITAL OF CARBONDALE, AN ILLINOIS CORPORATION; GEORGE MARONEY; WILLIAM M. SHERWOOD; JOHN DOE; JANE DOE; JOHN SMITH and JANE SMITH, | ) |
|              Defendants. | ) |

## MEMORANDUM AND ORDER

THIS CAUSE coming to be heard on the Defendants' Motion to Revive Judgment (Doc. 90), Plaintiff Dr. Luis Guillen, having been served and given an opportunity to be heard, the Court does find, based on the allegations of the motion:

1. A Judgment in favor of Southern Illinois Hospital, Services, et al. and against Dr. Luis Guillen was entered in this Court on March 29, 2006, in the amount of $8,352.00, (eight thousand three hundred and fifty-two dollars) (Doc. 87).

2. The Judgment has not been vacated or satisfied since it was rendered.

3. That Defendants Southern Illinois Hospital Services, et al., is entitled to a revival of its Judgment pursuant to 735 ILCS 5/2-1602, 5/12-108 and 5/13-218, as incorporated by Federal Rule of Civil Procedure 69(a)(1). *See TDK Electronics Corp. v. Draiman*, 321 F.3d 677, 680 (7th Cir. 2003).

IT IS HEREBY ORDERED THAT:

The motion (Doc. 90) is **GRANTED** and the Clerk of Court is **DIRECTED** to enter a Judgment identical to the March 29, 2006, judgment.

**Date:  March 19, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**